*547 ADKINS, J.,
dissenting, in which BARBERA, C.J. and McDonald, j., join.
Respectfully, I dissent from the decision of the Majority to deny admission to Mr. Gjini to the Maryland Bar for lack of character and fitness. The Majority finds offensive his failure to disclose to the State Board of Law Examiners the fact that he received a Petition to Violate Probation and an attendant Show Cause Order after he chose to take an online course, instead of an appropriate in person course, to satisfy a condition of his probation.
The State Board of Law Examiners has recommended that we admit Mr. Gjini, notwithstanding his Petition to Violate Probation and the hearing that followed. The Board unanimously adopted the recommendation of the Character Committee for the Seventh Appellate Circuit. The Character Committee concluded as follows:
The undersigned are satisfied that this testimony confirms a proper degree of contrition and understanding as to the impact of such behavior upon one’s character and fitness for the practice of law. We do not believe the charges or the conduct behind the charges should prevent Mr. Gjini from entering the practice of law.
Report and Recommendation of the Hr’g Comm., In the Application for Admission to the Maryland Bar of Otion Gjini 7 (2015).
I agree with the Board of Law Examiners and the Character Committee that he should be admitted. His alleged violation of probation — the taking of an online course rather than participating in an appropriate course in person — is a rather minor transgression, and less consequential than the conduct in In the Matter of the Application of Gregory John Strzempek for Admission to the Bar of Maryland, 407 Md. 102, 104, 962 A.2d 988 (2008) (considering the applicant’s failure to update his application to reflect that he pled guilty to driving while intoxicated). Although Mr. Gjini clearly was under the obligation to supplement his Application for Bar Admission, not doing so under these circumstances should not *548 constitute the basis for denying him the privilege of practicing law for which he has studied.
Chief Judge BARBERA and Judge McDONALD have authorized me to state that they join in the views expressed in this dissenting opinion.